COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-037-CV

UNIVERSAL UNDERWRITERS APPELLANT

INSURANCE COMPANY

V.

TEXAS WORKERS' COMPENSATION APPELLEES

COMMISSION, RICHARD REYNOLDS AS 

EXECUTIVE DIRECTOR OF THE TWCC 

AND DANNY MORRISON

----------

FROM THE 352
ND
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).
 

PER CURIAM 

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

[DELIVERED MARCH 13, 2003]

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.